FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*2:58 pm, Apr 07, 2022*
JEFFREY P. COLWELL, CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Rafael Munoz _____, Plaintiff

v.

Community Partnership ,

for Child Development ,

_____ ,

_____ , Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Rafael Munoz P.O. Box 62923 Colorado Springs, CO 80962
(Name and complete mailing address)

(863) 512-0185    rafael.munoz80@gmail.com
(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Community Partnership for Child Development, 2330
(Name and complete mailing address)

Robinson St. Colorado Springs, CO 80904, 719-635-1536
(Telephone number and e-mail address if known)

Defendant 2: _____
(Name and complete mailing address)

_____
(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

✓ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

____ Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____ Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

____ Other: (*please specify*) _____

2

## D.     STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action and the specific facts
that support each claim. If additional space is needed to describe any claim or to assert
additional claims, use extra paper to continue that claim or to assert the additional claim(s).
Please indicate that additional paper is attached and label the additional pages regarding the
statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: _Hostile Work Environment_

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire            _✓_ different terms and conditions of employment

_____ failure to promote         _____ failure to accommodate disability

_____ termination of employment  _✓_ retaliation

_____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that
apply*)

_____ race          _____ religion       _____ national origin       _____ age

_____ color         _✓_ sex              _____ disability

Supporting facts:

Complaints
Emails
Texts
Written Disciplinary actions against me

3

CLAIM TWO: *Emotional Distress*

The conduct complained of in this claim involves the following: (*check all that apply*)

____ failure to hire            ✓ different terms and conditions of employment

____ failure to promote         ____ failure to accommodate disability

____ termination of employment  ✓ retaliation

____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

____ race          ____ religion        ____ national origin        ____ age

____ color         ✓ sex                ____ disability

Supporting facts:

*Complaints*
*Emails*
*Disciplinary Actions*

4

## E.    ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment
Opportunity Commission or any other federal or state agency? (*check one*)

✓ Yes (***You must attach a copy of the administrative charge to this complaint***)

___ No

Have you received a notice of right to sue? (*check one*)

✓ Yes (***You must attach a copy of the notice of right to sue to this complaint***)

___ No

## F.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do.  If additional space is needed
to identify the relief you are requesting, use extra paper to request relief.  Please indicate that
additional paper is attached and label the additional pages regarding relief as "F. REQUEST
FOR RELIEF."*

"Additional paper is attached."

## G.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this
complaint, and that the information in this complaint is true and correct.  *See* 28 U.S.C. § 1746;
18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an improper
purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
(2) is supported by existing law or by a nonfrivolous argument for extending or modifying
existing law; (3) the factual contentions have evidentiary support or, if specifically so identified,
will likely have evidentiary support after a reasonable opportunity for further investigation or
discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

_____4-06-2022_____
(Date)

(Revised December 2017)

5

F. Request for Relief

## F. REQUEST FOR RELIEF

Plaintiff requests the following relief:

I would Like the court to order Community Partnership For Child Development to revise the way they treat male employees by requiring Community Partnership For Child Development Staffs go through Discrimination training to include gender discrimination, applicable to the Law. Restitution For emotional damages, Hostile Work Environment and loss of year income to a total compensation of $39,000. Open to negotiations.

Date: 04-06-2022

_____
(Plaintiff's Original Signature)

P.O Box 62923
_____
(Street Address)

Colorado Springs, Co 80962
_____
(City, State, ZIP)

863-512-0185
_____
(Telephone Number)

(Rev. 07/06)                              6

| COMPLAINT OF DISCRIMINATION<br>The Privacy Act of 1974 affects this form.<br>See Privacy Act Statement before completing this form. | EEOC Complaint No.<br><br>CCRD Complaint No.<br>E2100011379 |
|---|---|

### COLORADO CIVIL RIGHTS DIVISION AND EEOC

| Name   (Complainant)<br>Rafael Munoz | (Area Code) Telephone<br>(720) 663-8252 |
|---|---|

| Street Address<br>3450 Antero Dr. | City, State, and Zip Code<br>Colorado Springs, CO 80920 | County<br>El Paso |
|---|---|---|

The Employer, Labor Organization, Employment Agency, Apprenticeship Committee, State or Local Government Agency who discriminated against me is:

| Name   (Respondent)<br>Community Partnership for<br>Child Development | Number of Employees<br>15+ | (Area Code)  Telephone<br>(719) 635-1536<br>Email Address<br>jtaylor@cpcd.org |
|---|---|---|

| Street Address<br>2330 Robinson St. | City, State, and Zip Code<br>Colorado Springs, CO 80904 | County<br>El Paso |
|---|---|---|

| Discrimination Based on:<br>Sex (Male); Retaliation | Date Most Recent Discrimination Occurred:<br>May 21, 2021 |
|---|---|

I. **Jurisdiction:** The Colorado Civil Rights Division and Equal Employment Opportunity Commission have jurisdiction over the subject matter of this charge and the named Respondent, pursuant to the provisions of the Colorado Revised Statutes (C.R.S. 1973, 24-34-301, *et seq.*), as reenacted, and Title VII of the Civil Rights Act of 1964 (42 U.S.C. 2000e, *et seq.*), as amended.

II. **Personal Harm:** On or about September 8, 2020, and thereafter, I was disciplined and subjected to unequal terms and conditions of employment based on my sex (male) and/or in retaliation for engaging in protected activity. On or about October 30, 2020, and thereafter, I was harassed by my Supervisor and Coworkers based on my protected class and/or in retaliation for engaging in protected activity. On or about February 10, 2021, and again on or about May 21, 2021, I was disciplined based on my protected class and/or in retaliation for engaging in protected activity.

III. **Respondent's Position:** Unknown.

IV. **Discrimination Statement:** See Attached Statement of Discrimination

V. **WHEREFORE:** The Complainant prays that the Colorado Civil Rights Division grant such relief as may exist within the Division's power and which the Division may deem necessary and proper.

*I want this charge filed with both the Equal Employment Opportunity Commission and the State or local agency, if any. I will advise the agency if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.*

I declare under penalty of perjury that the foregoing is true and correct.

Date 6-8-2021      Charging Party/Complainant (Signature)

Statement of Discrimination

- On or about September 8, 2020, I was disciplined by my now-ex-supervisor, Tawanda Potter (Child Development Supervisor), based on my sex (male) when she falsely claimed that I left my team unsupervised. However, I was attending a scheduled meeting with a Nurse that was scheduled by Potter herself.

- On or about September 11, 2020, I was subjected to unequal terms and conditions of employment by my now-ex-supervisor, Tawanda Potter (Child Development Supervisor), based on my sex (male) when she reprimanded me and applied unequal expectations upon my orientation goals. Despite my CPCD coach being present and stating via email that I met all expectations, Potter claimed I did not follow through on expectations. She would not provide any additional reason for her derogatory comments.

- On or about October 6, 2020, I was subjected to unequal terms and conditions of employment by my now-ex-supervisor, Tawanda Potter (Child Development Supervisor) based on my sex (male) when she expected me to work when I was on sick leave. Potter became irritated when I could not answer my personal phone within minutes of her calling me.

- On or about October 7, 2020, I raised concerns to my now-ex-supervisor, Tawanda Potter (Child Development Supervisor) about being expected to work while off the clock and out sick. I felt as though I was being singled out based on my sex (male).

- On or about October 15, 2020, I was subjected to unequal terms and conditions of employment and disciplined improperly when I received a final plan of action from my now-ex-supervisor, Tawanda Potter (Child Development Supervisor), with no supporting documentation nor evidence of what I was being punished for.

- On or about October 15, 2020, and continuing thereafter, I was subjected to unequal terms and conditions of employment based on my sex (male) when the Director of Human Resources, Jerilyn Taylor, would attend my weekly meetings with my supervisor. This increased the time of my meetings, which usually took 5 to 10 minutes, to requiring about an hour of my time. Other employees who are not members of my protected class were not subject to this treatment.

- On or about October 15, 2020, I was subjected to unequal terms and conditions of employment based on my sex (male) when the Director of Human Resources, Jerilyn Taylor, declined to hear my side of a complaint made against me regarding my performance. She made the decision to uphold a final written warning against me in a complete absence of evidence.

- On or about October 30, 2020, I was harassed by a supervisor, Shaynelle Almonte (Director of Child Development) based on my sex (male) when she reprimanded me in an email chain with another employee. Almonte brought up disciplines which I was in the process of appealing, called me unprofessional and condescending, and embarrassed me in front of a coworker.

- On or about November 6, 2020, after feeling bullied by my ex-supervisor, Tawanda Potter (Child Development Supervisor) and a member of Human Resources, I informed them that I was going to explore filing a discrimination complaint with the EEOC.

- On or about November 6, 2020, I informed the CEO of my employer, Noreen Landis-Tyson, via email, that I felt I was being discriminated against based on my sex (male).

- On or about November 6, 2020, I was subjected to unequal terms and conditions of employment by a supervisor, Linda Meredith (COO), based on my sex (male) and/or in retaliation for engaging in protected activity when she kept a written warning/discipline against me in effect without providing any support of her findings of fact.

- On or about November 13, 2020, I restated my concerns, via email, to the CEO of my employer, Noreen Landis-Tyson, that I felt I was being discriminated against based on my sex (male).

- On or about December 3, 2020, I was subjected me to unequal terms and conditions of employment by a supervisor, Noreen Landis-Tyson (CEO), based on my sex (male) and/or in retaliation for engaging in protected activity. This occurred when she neglected to respond to my inquiries for an investigation, completed an investigation without making express findings of fact, and summarily made decisions as to the validity of discipline filed against me.

- On or about February 8, 2021, I was harassed by a coworker, Alicia Gonzalez, based on my sex (male) and/or in retaliation for engaging in protected activity during a conversation about work-styles. Ms. Gonzalez, who is not a member of my protected class, called me hostile, and reported me to supervisors when I simply questioned the practicality of a request she made of me.

- On or about February 9, 2021, I was subjected to unequal terms and conditions of employment by my supervisor, Nicolle McConnaughey (Child Development Supervisor), based on my sex (male) and/or in retaliation for engaging in protected activity. She did so by initiating a random meeting, without my knowledge, and expecting me to join within three minutes of her request. This expectation is not applied to anyone else, and in fact, company policy is to have an hour to respond because female employees have children.

- On or about February 10, 2021, I was disciplined by my supervisor, Nicolle McConanaughey (Child Development Supervisor), based on my sex (male) and/or in retaliation for engaging in protected activity when she subjected me to a coaching conversation because a colleague reported me being hostile for questioning impractical behavior. This colleague who reported me, named Alicia Gonzalez, is a female.

- On or about May 21, 2021, I was disciplined by my supervisor, Nicolle McConnaughey (Child Development Supervisor), based on my sex (male) and/or in retaliation for engaging in protected activity when she issued me a disciplinary action form alleging inappropriate email responses to a female employee. The disciplinary action also alludes to being for not attending an "end of the year" celebration, but it is unclear as to whether that basis supports the discipline.

Similarly situated individuals who are not members of my protected class were not subject to such harassment, discipline, unequal terms and conditions, and retaliation. To the contrary, individuals who are not members of my protected class are given preferential treatment, scheduling, and opportunities.

**COLORADO**

**Department of
Regulatory Agencies**

Colorado Civil Rights Division

1560 Broadway Street, Suite 825
Denver, CO 80202

January 10, 2022

Rafael Muñoz
3450 Antero Dr.
Colorado Springs, Colorado 80920

CCRD Complaint Number: E2100011379 - Rafael Muñoz v. Community Partnership for
Child Development

## Notice of Right to Sue

Dear Rafael Muñoz,

This Notice is to inform you that the above-captioned matter is being dismissed, effective as of
the date of this instant Notice, for the following reason:

> The Complainant requested a Right to Sue letter from the Colorado Civil
> Rights Division and more than one hundred and eighty (180) days have
> passed since the filing of your charge.

The Division has granted the Complainant's requested Right to Sue, and as such, the Division is
concluding this instant administrative process.

If the Complainant wishes to file a civil action in a district court in this state, which action is
based on the alleged retaliatory, discriminatory, and/or unfair practice that was the subject of
the charge that the Complainant filed with the Division, the Complainant must do so within
ninety (90) days of the date of mailing of this Notice. If the Complainant fails to file a civil
action within the time limits specified above, the Complainant's claims will be barred and no
district court shall have jurisdiction to hear such action. C.R.S. 24-34-306 (2)(b)(I)(B and C).

Please be advised that the issuance of this Notice of Right to Sue shall terminate all further
processing of this matter by the Division, shall cause the Division's administrative jurisdiction
to cease, and shall constitute a final agency action and exhaustion of the administrative
remedies and proceedings, pursuant to Part 3 of Article 34 of Title 24, C.R.S. Neither the
Division nor the Commission will provide assistance in assessing the claim(s) or providing legal
assistance in the filing or framing of any subsequent civil legal action.

If you have any questions or concerns regarding this Notice, please contact the Division by
telephone at (303) 894-2997.

Sincerely,

*Aubrey Elenis*

Aubrey Elenis Director, Colorado Civil Rights Division

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Phoenix District Office
3300 North Central Avenue, Suite 690
Phoenix, Arizona, 85012
602-661-0041
Website: www.eeoc.gov

## DISMISSAL AND NOTICE OF RIGHTS

(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 02/16/2022

To: Rafael Muñoz
3450 Antero Dr.
Colorado Springs, CO 80920

Re: Rafael Muñoz v Community Partnership for Child Development
Charge No: 32A-2021-00414

EEOC Representative and email:     Robin Campbell
State, Local & Tribal Program Manager
robin.campbell@eeoc.gov

## DISMISSAL OF CHARGE

The EEOC has granted your request for a Notice of Right to Sue, and more than 180 days have passed since the filing of this charge. The EEOC is terminating its processing of this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

On Behalf of the Commission:

Digitally Signed By:Melinda Caraballo
02/16/2022

Melinda Caraballo
Acting District Director

cc:

Steven J. Brown (Charging Party Attorney)
Maggie Roddy (Respondent Legal Representative)